

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Charles Kevin Haley, Appellant

No. 06-16-00018-CR          v.

The State of Texas, Appellee

Appeal from the County Court of Marion County, Texas (Tr. Ct. No. 14262). Memorandum Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find that the motion of the appellant to dismiss the appeal should be granted.  Therefore, we dismiss the appeal.

We further order that the appellant, Charles Kevin Haley, pay all costs of this appeal.

RENDERED JUNE 1, 2016
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk